RECEIVED

JAN 2 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMIE HUBBARD<br>La. DOC#537365 | CIVIL ACTION NO. 13-cv-802 |
| VERSUS | JUDGE DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, which was issued November 18, 2013. (Doc. 20) After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, Jamie Hubbard's Petition for Writ of Habeas Corpus(Doc. 1) is DENIED AND DISMISSED WITH PREJUDICE.

Signed this 21 day of ~~November, 2013~~ January, 2014.

_____
Rebecca F. Doherty
United States District Judge