UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JAMIE HUBBARD** | **CASE NO.  6:13-CV-00802** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN** | **MAGISTRATE JUDGE HANNA** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;;

**IT IS ORDERED** that petitioner's Motion for Relief from a Final Judgment Under F.R.C.P. 60  be construed as a petition for *habeas corpus* filed pursuant to 28 U.S.C. §2254; that it be deemed successive; and, that it be **DISMISSED** for lack of jurisdiction because petitioner did not obtain permission from the United States Fifth Circuit Court of Appeals prior to filing.

THUS DONE in Chambers on this 9th day of November, 2020.

*[signature]*

**Robert R. Summerhays**
**United States District Judge**
